UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CITY OF WALKER, ET AL.                    CIVIL ACTION

VERSUS                                    No.:   17-55 KDE - EWD[1]

STATE OF LOUISIANA through the
 DEPARTMENT OF TRANSPORTATION
 AND DEVELOPMENT, ET AL.

## ORDER

After considering the plaintiffs' motion to remand (Rec. Doc. 129), the record in this matter, applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 180), the objections filed by the defendants (Rec. Docs. 181-188 and 190), and the plaintiffs' response (Rec. Doc. 192), the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the plaintiffs' motion to remand (Rec. Doc. 12) is **GRANTED**. **IT IS FURTHER ORDERED** that this action be and hereby is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

New Orleans, Louisiana, this 9th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE
KURT D. ENGELHARDT

---

[1] This matter was re-assigned to the undersigned by order entered on April 6, 2017, by Chief Judge Brian Jackson for the Middle District of Louisiana. *See* Rec. Doc. 133.

19th JDC - Certified